IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| RAPLH LOUIS PLATT, | § | |
| Petitioner, | § | |
| v. | § | C.A. NO. C-07-103 |
| NATHANIEL QUARTERMAN, | § | |
| Respondent. | § | |

**<u>ORDER</u>**

On this day came on to be considered Petitioner Ralph Louis Platt's application to proceed *in forma pauperis* with respect to an appeal of the above-styled action to the United States Court of Appeals for the Fifth Circuit (D.E. 18). For the reasons set forth below, the Petitioner's application is MOOT, as the Petitioner has already been granted leave to proceed *in forma pauperis* in this case (D.E. 8).[1]

On March 21, 2007, Petitioner filed his first application to proceed *in forma pauperis* in this action (D.E. 7). Petitioner's

---

[1] On June 27, 2007, Magistrate Judge Brian L. Owsley signed a "Memorandum and Recommendation," (D.E. 21) recommending that this Court deny Petitioner's application to proceed *in forma pauperis*. This Court, however, DECLINES TO ADOPT the Magistrate's Memorandum and Recommendation and substitutes this Order in its place.

application was granted by Magistrate Judge Brian L. Owsley on March 21, 2007.  (See D.E. 8, ¶ 2, "Based on the information provided in the pending motion, petitioner's motion to proceed *in forma pauperis*, (D.E. 7) is GRANTED.").

On June 18, 2007, Petitioner filed his second application to proceed *in forma pauperis*, which is currently before this Court (D.E. 18).  Petitioner has filed this second application in connection with an appeal to the United States Court of Appeals for the Fifth Circuit.[2]

As noted above, Petitioner has already been granted leave to proceed *in forma pauperis* in the above-styled action (D.E. 8). Petitioner does not require a new order granting him leave to proceed *in forma pauperis* on his appeal.  See Fed. R. App. P. 24(a)(3) (emphasis added) (unless a statute provides otherwise or the district court has certified that the appeal is not taken in good faith, ***"[a] party who was permitted to proceed in forma pauperis in the district-court action ... may proceed on appeal in forma pauperis without further authorization"***).[3]  Accordingly, Petitioner's second application to proceed *in forma pauperis* (D.E. 18) is MOOT, as the Petitioner seeks relief that has already been

---

[2]Petitioner filed his "Notice of Appeal" on June 18, 2007 (D.E. 17).

[3]This Court notes that it makes no finding as to whether Petitioner's appeal (D.E. 17) is "not taken in good faith". Fed. R. App. P. 24(a)(3)(A).

GRANTED by a previous court order.

SIGNED and ENTERED this the 28th day of June, 2007.

_____
Janis Graham Jack
United States District Judge